UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:26-CR-671-B |
| | § | |
| | § | |
| JOSE OMAR RAMIREZ-CHAVEZ | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY**

After reviewing all relevant matters of record, including the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge [ECF No. 18], and Defendant's Waiver of 14-Day Objection Period for Plea Before a Magistrate Judge [ECF No. 20], the Court is of the opinion that the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge is correct and is hereby accepted. Accordingly, the Court accepts the plea of guilty, and **JOSE OMAR RAMIREZ-CHAVEZ,** is hereby adjudged guilty of **Illegal Reentry After Removal from the United States,** in violation of **8 U.S.C. § 1326(a).**

The Defendant is ordered to remanded to the custody of the United States Marshal.

**SO ORDERED.**

**Signed October 26, 2026.**

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE